ALTA TEITELBAUM, Appellant, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Respondent.— Order denying plaintiff's motion for a preference affirmed,

without costs. No opinion. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.